**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01564-BNB

JOHN STERLING COAD,

    Plaintiff,

v.

TRAVIS WATERS, Medical Supervisor at C.T.C.F. Prison, Individually and in His Official Capacity,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's Letter (Doc. No. 13), filed on July 26, 2011, in which he requests to withdraw his previously filed motions (Doc. Nos. 9 & 11). The request is GRANTED. Plaintiff's Motion for Court Order (Doc. No. 9) and Plaintiff's Motion to Amend Complaint (Doc. No. 11) are DENIED as moot.

    Plaintiff's Motion for Appointment of Counsel (Doc. No. 10), filed on July 25, 2011, is DENIED as premature.

Dated: July 28, 2011