IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 201,

GREGORY C. LANGHAM
                CLERK

Civil Action No. 11-cv-01564-BNB

JOHN STERLING COAD,

    Plaintiff,

v.

TRAVIS WATERS, Medical Supervisor at C.T.C.F. Prison, individually
    and in his official capacity,

    Defendant.

## ORDER DRAWING CASE

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED August 2, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01564-BNB

John Sterling Coad
Prisoner No. 142623
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 2, 2011.

                              GREGORY C. LANGHAM, CLERK

                            By: _____
                                      Deputy Clerk