IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01564-PAB-CBS

JOHN STERLING COAD,
    Plaintiff,
v.

TRAVIS WATERS, Medical Supervisor at C.T.C.F. Prison, individually and in his official capacity,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Motion for disability accom[m]odation" (filed on October 4, 2011) (Doc. # 27).  Pursuant to the Order of Reference dated August 10, 2011 (Doc. # 19) and the memorandum dated October 5, 2011, this matter was referred to the Magistrate Judge.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff's "Motion for disability accom[m]odation" (filed on October 4, 2011) (Doc. # 27) is DENIED as unnecessary.  The court's telephone system has adequate amplification for Plaintiff to participate via telephone.

    2.    In light of the fact that Defendant Waters must be served by the U.S. Marshal at a different address and allowed time to appear in the case, the Preliminary Scheduling Conference set on November 16, 2011 at 9:15 a.m. is hereby **VACATED and RESET to Wednesday, January 4, 2012 at 9:15 a.m.**, in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.  The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLO L.CIVR. 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any

motions, and what discovery, if any, will be needed.  **Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time**.

Dated at Denver, Colorado this 5th day of October, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge