IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 11-cv-01564-PAB-CBS          FTR - Reporter Deck-Courtroom A402
Date:  January 4, 2012                                    Courtroom Deputy:  Robin Mason

_Parties:_                                                                  _Counsel:_

JOHN STERLING COAD,                              *Pro Se*

     Plaintiff,


v.


TRAVIS WATERS, individually and as          James Quinn
medical supervisor at C.T.C.F. Prison, and in
his official capacity

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:**      9:29 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding Motion to Preserve Evidence (Docket No. 53, filed on 12/16/2011) and
Motion to Dismiss (Docket No. 40, filed on 11/15/2011).

**ORDERED:**          Motion to Preserve Evidence (Docket No. 53) is DENIED for reasons as
                                  stated on the record.

Discussion between court and plaintiff regarding filing an Amended Complaint and how it could
impact the progress of the case.

Plaintiff addresses court regarding the appointment of counsel.  Court advises the plaintiff that
he will need to wait until the Motion to Dismiss has been ruled on (and whether this case will be
go to trial) before he can revisit the issue of court appointed counsel.

**ORDERED:**          The plaintiff shall file a formal Motion for Leave to File an Amended
                                  Complaint in which he will explain why there is a need to make an
                                  amendment.  The plaintiff shall be allowed to treat his (TENDERED)

Amended Prisoner Complaint (Docket No. 55, filed on 12/21/2011) as the attachment to the Motion for Leave (Docket No. 55 to serve as the proposed amendment).  The plaintiff shall have **up to and including January 6, 2012** to file the Motion for Leave.  The plaintiff is also required to serve a copy of this Motion for Leave on Mr. Quinn.

HEARING CONCLUDED.
**Court in recess:**          9:46 a.m.
Total time in court:     00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.