**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01564-PAB-CBS

JOHN STERLING COAD,

    Plaintiff,

v.

TRAVIS WATERS, individually, and
KATHY McBRIDE, individually,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 108] of Judge Philip A. Brimmer entered on April 24, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge Craig B. Shaffer [Docket No. 106] is ACCEPTED.  It is

**FURTHER ORDERED** that this case is dismissed without prejudice.  It is

**FURTHER ORDERED** that judgment shall enter in favor of the defendants and against the plaintiff.

    Dated at Denver, Colorado this 25th day of April, 2013.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk